JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JESSYE WAYNE POWELL, | ) | NO. CV 16-7619 RSWL (FFM) |
| Petitioner, | ) ) | |
| v. | ) ) | JUDGMENT |
| STEVE LANGFORD, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

Date: 11/28/2016

            s/ RONALD S.W. LEW
            RONALD S. W. LEW
            United States District Judge